

RAMZY PAUL LADAH, ESQ.
Nevada Bar No. 11405
**CARL R. HOUSTON, ESQ.**
Nevada Bar No. 11161
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORGAN SPENCER KERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendant. | CASE NO. 2:21-cv-00737-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE A REPLY TO DEFENDANT GEICO CASUALTY COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiff, by and through his counsel of record Ladah Law Firm, and Defendant, by and through its counsel of record Winner Booze & Zarcone, hereby stipulate and agree to continue the time for filing a reply to Defendant Geico Casualty Company's Motion for Partial Summary Judgment, originally due on August 17, 2021, to August 31, 2021.

DATED this 17th day of August 2021.                    DATED this 17th day of August 2021.

**LADAH LAW FIRM**                                               **WINNER BOOZE & ZARCONE**

*/s/ Ramzy P. Ladah*                                               */s/ Lara L. Miller*
_____                                    _____
**RAMZY P. LADAH, ESQ.**                                   **THOMAS E. WINNER**
Nevada Bar No. 11405                                              Nevada Bar NO. 5168
**CARL R. HOUSTON, ESQ.**                               **LARA L. MILLER**
Nevada Bar No. 11161                                              Nevada Bar No.: 12618
517 S. Third Street                                                      1117 S. Rancho Drive
Las Vegas, NV 89101                                                Las Vegas, NV 89102
*Attorney for Plaintiff*                                                *Attorneys for Defendant*

**ORDER**

This matter having come before this Court upon the Stipulation of the parties hereto as set forth above, and with good cause, the Plaintiffs will have until August 31, 2021, to file their reply to Defendant Geico Casualty Company's Motion for Partial Summary Judgment.

**IT IS SO ORDERED** this  18th day of August 2021.



RICHARD F. BOULWARE, II
United States District Court