THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

Attorneys for GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MORGAN SPENCER KERN, an
individual,

     Plaintiff,

vs.

GEICO CASUALTY COMPANY, a
foreign corporation; DOES I through X,
inclusive and ROE BUSINESS ENTITIES I
through X, inclusive,

     Defendants.

CASE NO.: 2:21-cv-00737-RFB-BNW

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S CAUSES OF ACTION FOR VIOLATION OF NEVADA UNFAIR CLAIMS PRACTICES ACT AND BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING**

     IT IS HEREBY STIPULATED AND AGREED by and between Carl Houston of Ladah Law Firm, attorney for Plaintiff, MORGAN SPENCER KERN, and Thomas E. Winner and Lara L. Miller, of the law firm of Winner, Booze & Zarcone, attorneys for Defendant, GEICO CASUALTY COMPANY that Plaintiff's Complaint alleges causes of action for Breach of Contract, Violations of the Nevada Unfair Claims Practices Act, including punitive damages, and Breach of the Covenant of Good Faith and Fair Dealing, including punitive damages.

     IT IS FURTHER STIPULATED AND AGREED THAT plaintiff will dismiss, without

WINNER BOOZE & ZARCONE
A NEVADA LAW FIRM

prejudice, his causes of action for Violations of the Nevada Unfair Claims Practices Act, including punitive damages, and Breach of the Covenant of Good Faith and Fair Dealing, including punitive damages, as alleged in his Complaint.

DATED this 31st day of August, 2021.


WINNER BOOZE & ZARCONE


*/s/Lara L. Miller*
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102

DATED this 31st day of August, 2021.


LADAH LAW FIRM


*/s/Carl R. Houston*
Carl R. Houston
Nevada Bar No. 11161
517 South Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS ORDERED THAT plaintiff's causes of action for Violations of the Nevada Unfair Claims Practices Act, including punitive damages, and Breach of the Covenant of Good Faith and Fair Dealing, including punitive damages, as alleged in his Complaint are dismissed without prejudice.

DATED this __31st__ day of ____August_____, 2021.

_____
RICHARD F. BOULWARE, II
United States District Court

Submitted by:

WINNER BOOZE & ZARCONE, LTD.


_/s/Lara L. Miller_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant