THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

Attorneys for GEICO Casualty Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN SPENCER KERN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-00737-RFB-BNW |

**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE PRETRIAL ORDER**
**(FIRST REQUEST)**

Plaintiff MORGAN SPENCER KERN, by and through his counsel of record, CARL R. HOUSTON of LADAH LAW FIRM and Defendant GEICO CASUALTY COMPANY, by and through its counsel of record, WINNER BOOZE & ZARCONE, hereby stiuplate and agree to extend the time for filing the Pretrial Order, originally due April 11, 2022 to May 26, 2022. This is the parties first stipulation for extension of time to file the Pretrial Order.

The parties hereby agree to extend the time to file the Pretrial Order to afford the parties additional time to meet and confer regarding the content of the Pretrial Order and the needed motions in limine as provided in LR 16-3. All discovery has been completed, and this matter has

1  not been set for trial, so the additional time to meet and confer will not delay trial or any other
2  deadline established by this Honorable Court. The parties believe the additional forty-five (45)
3  days will be sufficient to accomplish this essential meet and confer between the parties. The parties
4  also believe good cause is demonstrated by the recited facts and in support of the extension.

6  DATED this 11th day of April 2022          DATED this 11th day of April 2022.

7  WINNER BOOZE & ZARCONE                    LADAH LAW FIRM

9  /s/ Lara L. Miller                          /s/ Carl R. Houston
   THOMAS E. WINNER                           Ramzy Paul Ladah
10 Nevada Bar No. 5168                        Nevada Bar No. 11405
   LARA L. MILLER                             Carl R. Houston
11 Nevada Bar No. 12618                       Nevada Bar No. 11161
   WINNER BOOZE & ZARCONE                     517 S. Third Street
12 1117 South Rancho Drive                    Las Vegas, Nevada 89101
13 Las Vegas, Nevada 89102                    *Attorneys for Plaintiff*
   *Attorneys for GEICO*

15  IT IS SO ORDERED this 11th day of April, 2022.



UNITED STATES DISTRICT JUDGE