THOMAS E. WINNER
Nevada Bar No. 5168
LARA MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MORGAN SPENCER KERN, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　Defendants. | CASE NO.: 2:21-cv-00737-RFB-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**

　　Plaintiff MORGAN SPENCER KERN, by and through his counsel of record, CARL R. HOUSTON of LADAH LAW FIRM and Defendant GEICO CASUALTY COMPANY, by and through its counsel of record, WINNER & BOOZE, hereby stiuplate and agree to continue the Settlement Conference, currently scheduled for September 1, 2023 to the proposed date of October 20, 2023. This is the parties first stipulation for continuance of the Settlement Conference. The parties request this continuance of the Settlement Conference due to Plaintiff's scheduling conflict with the Settlement Conference as scheduled by the Court for September 1st. The parties believe that the continuance is necessary and appropriate based upon the foregoing facts. The parties also believe good cause is demonstrated by the recited facts

and in support of the continuance of the Settlement Conference.

DATED this 31st day of August, 2023.

WINNER & BOOZE

/s/Lara L. Miller
_____
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for GEICO*

DATED this 31st day of August, 2023. LADAH LAW FIRM

/s/ Carl R. Houston
_____
Ramzy Paul Ladah
Nevada Bar No. 11405
Carl R. Houston
Nevada Bar No. 11161
517 S. Third Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

In accordance with the parties' stipulation, the Settlement Conference scheduled for September 1, 2023, is hereby VACATED. A seperate order setting a future settlement conference will issue shortly.

IT IS SO ORDERED this 31st day of August, 2023.

_____
Brenda Weksler
United States Magistrate Judge