SAO
THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 12618
Winner & Booze
1117 S. Rancho Drive
Las Vegas, NV 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com
*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MORGAN SPENCER KERN, an individual,

   Plaintiff,

          vs.

GEICO CASUALTY COMPANY, a foreign corporation; DOES I through X, inclusiuve, and ROE BUSINESS ENTITIES I through X, inclusive,

   Defendants.

CASE NO.: 2:21-cv-00737-RFB-BNW

     IT IS HEREBY STIPULATED by and between Plaintiff, MORGAN SPENCER KERN, by and through her counsel, Carl R. Houston of the Ladah Law Firm, and Defendant, GEICO CASUALTY COMPANY, by and through its counsel Thomas E. Winner and Lara L. Miller, of the law firm of Winner & Booze, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

     IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

Page 1 of 3

888-4444

1   IT IS FURTHER STIPULATED THAT the trial date of January 16, 2024 and the Calendar

2   Call hearing date of January 4, 2024 be vacated in this matter.

3   DATED this _7TH_ day of ~~October,~~ December, 2023    DATED this _7H_ day of ~~October,~~ December 2023.

5   WINNER & BOOZE                          LADAH LAW FIRM

7   THOMAS E. WINNER                        Ramzy Paul Ladah
    Nevada Bar No. 5168                     Nevada Bar No. 11405
8   LARA L. MILLER                          Carl R. Houston
    Nevada Bar No. 12618                    Nevada Bar No. 11161
9   WINNER BOOZE & ZARCONE                  517 S. Third Street
10  1117 South Rancho Drive                 Las Vegas, Nevada 89101
    Las Vegas, Nevada 89102                 *Attorneys for Plaintiff*
11  *Attorneys for GEICO*

Page 2 of 3

888-4444

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED the trial date of January 16, 2024 and the Calendar Call hearing date of January 4, 2024 are VACATED in this matter. The Clerk of Court is instructed to close this matter accordingly.

DATED: December 11, 2023



_____

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Page 3 of 3

888-4444